McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Renee M. Maxfield
Nevada Bar No. 12814
  renee.maxfield@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HENDON, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY, a Corporation doing business in the State of Nevada, and DOES I-XX,<br><br>　　　　　Defendants. | Case No. 3:19-cv-00086-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

///

///

///

///

///

///

Each party will bear their own costs and attorneys' fees.

DATED this 22nd day of April, 2020

By _____
Kevin Karp, Nevada Bar No. 1082
557 Washington Street
Reno, Nevada 89503
Tel. (775) 827-2557

Attorneys for Plaintiff, Michael Hendon

DATED this 12 day of MAY, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant, GEICO Indemnity Company

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of May, 2020

_____
UNITED STATES DISTRICT JUDGE

6790693.1